# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY JARRETT, | : | No. 701 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| NEWTOWN ATHLETIC CENTER AND | : | |
| NEWTOWN ATHLETIC CLUB, LLC AND | : | |
| NEWTOWN ATHLETIC CLUB AND | : | |
| NEWTOWN RACQUETBALL, INC., AND | : | |
| NEWTOWN RACQUETBALL | : | |
| ASSOCIATES, | : | |
| | : | |
| Respondents | | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 27th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.